UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------

DAVID ROBERSON
# 52383066

                          Petitioner,

-against-

DUKE TERRELL, WARDEN

                          Respondent.

------------------------------------------------

★ OCT 26 2011

BROOKLYN OFFICE

**ORDER TO SHOW CAUSE**

<u>CV 11-5171</u> (JG)

**JOHN GLEESON, U.S.D.J.**

      Upon the petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. 2241, dated <u>10/18/2011</u>; a copy of which is attached, it is ORDERED that:

      (1) Petitioner is granted leave to proceed in forma pauperis;

      (2) The United States Attorney, as attorney for respondent, shall show cause before this Court why a writ of habeas corpus should not be issued by the filing of a return to the petition on or before <u>1/20/2012</u>;

      (3) The United States Attorney shall serve a copy of his or her return on the petitioner herein and shall file the original thereof, with proof of such service with Clerk of this Court;

      (4) on or before <u>2/24/2012</u> petitioner shall file his or her reply, if any, with proof of service, with the Clerk of this Court;

      (5) Service of a copy of this Order together with a copy of the petition shall be made by the Clerk of this Court via electronic case filing, to the United States Attorney, and by mailing a copy of this Order to the petitioner;

                                                  So Ordered.

                                                  /S/

                                                  JOHN GLEESON, U.S.D.J.

DATED: Brooklyn, New York
            October 26, 2011